UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
APR 12 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

ALEXIS MANASTER-RAMER,

    Plaintiff,

Case No. 02-CV-74683-DT

v.

HONORABLE DENISE PAGE HOOD

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

## JUDGMENT

This action having come before the Court and a jury, the issues having been duly tried and the jury having duly rendered its verdict on April 12, 2005,

Accordingly,

Judgment is entered in favor of Defendant and against Plaintiff of no cause of action.

DAVID J. WEAVER
CLERK OF COURT

By: _____
    Deputy Clerk

Approved: _____

The Honorable Avern Cohn
United States District Judge
In the absence of the Honorable Denise Page Hood
United States District Judge

DATED: April 12, 2005

Detroit, Michigan