# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ALEXIS MANASTER-RAMER,

    Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

_____/

Case No. 02-CV-74683-DT

HONORABLE DENISE PAGE HOOD

## SPECIAL VERDICT FORM

1.    Was Plaintiff "totally disabled" as defined in the Policies from September 2000 to present?

    ___✓___ Yes    _____ No

If the answer to Question No. 1 is "No," go no further and enter your verdict for Defendant.

If the answer to Question No. 1 is "Yes," go to Question No. 2.

2.    Did Plaintiff submit to Defendant a written proof of loss after September 2002?

If the answer to Question No. 2 is "No," go to Question No. 3.

If the answer to Question No. 2 is "Yes," go to Question No. 4.

3.    Was Plaintiff excused from his obligation to submit written proof of loss, or did he substantially comply with that obligation, from September 2000 to present?

    _____ Yes    ___✓___ No

If the answer to Question No. 3 is "No," go no further and enter your verdict for Defendant.

If the answer to Question No. 3 is "Yes," go to Question No. 4.

4.      Did Defendant breach the Policies by failing to pay disability insurance benefits?

_____ Yes          _____ No

If the answer to Question No. 4 is "No," enter your verdict for Defendant.

If the answer to Question No. 4 is "Yes," go to Question No. 5 and enter your verdict for Plaintiff.

5.      What are Plaintiff's damages?

$_____ ____

VERDICT:

We the jury, find in favor of:          _ _____ Plaintiff

Or

___X___ Defendant

~~Jürkl~~
JURY FOREPERSON

DATED: _4/12/05_

2